```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :      UNSEALING ORDER
                                      :
        - v. -                        :      S1 18 Cr. 874 (JSR)
                                      :
LAWRENCE WALSH,                       :
                                      :
                        Defendant.    :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/20

     Whereas this Court had previously entered an order on or about April 15, 2019, following an application made by the United States of America, with the defendant's consent, for the sealing of the following:

        i)    the S1 Superseding Information (the "Information") filed on or about April 15, 2019,

        ii)   the defendant LAWRENCE WALSH's plea to the Information on or about April 15, 2019,

        iii)  the transcript,

        iv)   and related docket entries;

     Whereas LAWRENCE WALSH, the defendant, was sentenced by this Court on or about June 15, 2020, principally to a sentence of time served and a five-year term of supervised release;

IT IS ORDERED that the S1 Superseding Information, the plea proceeding of April 15, 2019, the transcript, and other related docket entries shall be unsealed.

Dated:   New York, New York
         June  15, 2020

_____
THE HONORABLE JED S. RAKOFF
United States District Judge
Southern District of New York