```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :        18-cr-874(JSR)
        -v-                         :
                                    :        ORDER
LAWRENCE WALSH                      :
                                    :
        Defendant.                  :
------------------------------------x
```

To: U.S. Marshals Office

It is hereby ordered: that defendant, Lawrence Walsh, Reg. No. 86410-054, be released from custody. On June 15, 2020, the defendant was sentenced to time served, so he is not subject to any bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

    SO ORDERED.

Dated: New York, NY  
      June 15, 2020

_____  
United States District Judge

1