```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   S.1 18 Cr. 874 (JSR)
            -v-                     :
                                    :   ORDER
LAWRENCE WALSH,                     :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Yesterday, the Court directed the Clerk of Court "to immediately unseal and place on the public electronic docket of this case all filings of any kind connected to this case." ECF No. 79. Thereafter, counsel for Defendant Walsh and counsel for the Government made a joint telephone application, seeking to maintain two documents under seal, with newly redacted copies to be filed for the public record. Good cause appearing, the Court orders as follows:

(1) The following documents, if not already unsealed, should remain sealed, and if already unsealed, should be re-sealed: Rule 32 Sentencing Memorandum (June 8, 2020); Section 5K Letter from M. Bracewell & J. Gutwillig to Chambers (June 3, 2020).

(2) The attached two redacted documents should be filed in the public file of this case.

1

SO ORDERED.

Dated:   New York, NY
         July 8, 2020

_____
United States District Judge