UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
         - v. -                           :     **TO BE FILED UNDER SEAL**
                                          :
LUIDJI BENJAMIN                           :     **ORDER**
     a/k/a "Zoe," and                     :
LAWRENCE WALSH,                           :     18 cr. 874
     a/k/a "Life,"                        :
                                          :
     Defendants.                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - -x

Upon the application of Geoffrey S. Berman, United States Attorney, by Jacob Gutwillig, Assistant United States Attorney, made to this Court by affirmation dated February 28, 2019, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that:

1.   The Warden of the Metropolitan Correctional Center in Manhattan, New York ("MCC") and the United States Marshals Service for the Southern District of New York ("Marshal"), allow agents with the Federal Bureau of Investigation ("FBI"), to remove inmate LAWRENCE WALSH, BOP Register No. 86410-054, from the MCC the morning of March 1, 2019 and to return him to the MCC the afternoon or evening of March 1, 2019.

2.   The agents with the FBI shall keep WALSH in their custody and shall be responsible for the safekeeping and welfare of him during the periods in which they have custody of him; and

3.   This Order and the supporting affirmation shall be sealed, except that copies of this Order may be served on the Warden of the MCC, the Marshal, and agents with the FBI to the extent necessary to carry out the Order.

Dated:   New York, New York
         February 28, 2019

_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Sitting in Part I

2